STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ALBERT TUMBIOLO, DEFENDANT-PETITIONER.

See same case below: 28 *N. J. Super.* 231.

*Mr. Albert Tumbiolo, in propria persona.*

*Mr. Donald G. Collester* for the respondent.

February 23, 1954.   Denied.